**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re:                                                                                      :   Chapter 11
                                                                                                  :
SVB FINANCIAL GROUP,                                                    :   Case No. 23-10367 (MG)
                                                                                                  :
              Reorganized                                             :
              Debtor.[1]                                                       :
---------------------------------------------------------x
JOINT OFFICIAL LIQUIDATORS OF                             :   Adv. Proceeding No. 24-04014 (MG)
SILICON VALLEY BANK (IN OFFICIAL                       :
CAYMAN ISLANDS LIQUIDATION),                          :
                                                                                                  :
              Plaintiff,                                                         :
                                                                                                  :
   v.                                                                                  :
                                                                                                  :
SVB FINANCIAL GROUP                                                    :
                                                                                                  :
              Defendant.                                                      :
---------------------------------------------------------x

## DECLARATION OF RICHARD A. BIXTER, JR. IN SUPPORT OF JOLS' OPPOSITION TO SVBFT'S MOTION IN LIMINE

I, Richard A. Bixter, Jr., declare as follows:

1.     I am admitted to practice law in the State of Illinois, and have been admitted to practice *pro hac vice* before the United States Bankruptcy Court for the Southern District of New York in the above-captioned proceeding. I am a partner of the law firm of Holland & Knight LLP, and am counsel for Plaintiffs Andrew Childe, Niall Ledwidge, and Michael Pearson, in their capacity as the duly appointed joint official liquidators ("**JOLs**") of Silicon Valley Bank (in Official Liquidation). I submit this declaration in support of the *JOLs Opposition to SVBFT's Motion in Limine*, filed contemporaneously herewith, and make this declaration based on my personal knowledge of the matters asserted and upon my review of relevant records.

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

2. Attached as **Exhibit A** is a true and correct copy of the Transcript of the March 5, 2025 deposition of Dr. Riz Mokal (the "**Mokal Tr.**").

3. Attached as **Exhibit B** is a true and correct copy of Section 6 of the Grand Court Law (2015 Revision).

4. Attached as **Exhibit C** is a true and correct copy of the Curriculum Vitae of Dr. Riz Mokal.

5. Attached as **Exhibit D** is a true and correct copy of Declaration of Sebastian William St. John Said dated January 24, 2025 (the "**Initial Said Report**").

6. Attached as **Exhibit E** is a true and correct copy of Sebastian Said, David Lewis-Hall, Damon Booth, Silicon Valley Bank – *Grand Court of the Cayman Islands Winds Up the Bank as a Foreign Company to Protect Cayman Customers: The Opening Sequence of an Epic Battle?* APPLEBY PUBLICATIONS (Aug. 21, 2023).

7. Attached as **Exhibit F** is a true and correct copy Sebastian Said, Will Porter, Damon Booth, *Silicon Valley Bank Liquidators Denied Chapter 15 Recognition, But They Fight On* APPLEBY PUBLICATIONS (Feb. 29, 2024).

8. Attached as **Exhibit G** is a true and correct copy of the *Affirmation of Dr. Riz Mokal in Support of the Provisional Relief Application of the Joint Official Liquidators of Silicon Valley Bank (Cayman Islands Branch)*, dated February 12, 2024 ("**Mokal Chapter 15 Report**" or "**RM-1**").

9. Attached as **Exhibit H** is a true and correct copy of the *Affirmation of Dr. Riz Mokal in Relation to the Standing of and Certain Remedies Sought by the Joint Official Liquidators of Silicon Valley Bank* dated January 24, 2025 (the "**Mokal Opening Report**" or "**RM-2**").

10. Attached as **Exhibit I** is a true and correct copy of the *Affirmation of Dr. Riz Mokal in Reply to the Declaration of Sebastion William St. John Said* dated February 14, 2025 (the "**Mokal Reply Report**" or "**RM-3**").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 17th day of March, 2025 in Chicago, Illinois.

By: /s/ *Richard A. Bixter, Jr.*
Richard A. Bixter, Jr.