**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
In re:                                                 :   Chapter 11
                                                       :
SVB FINANCIAL GROUP,                                   :   Case No. 23-10367 (MG)
                                                       :
                Reorganized                            :
                Debtor.¹                               :
-------------------------------------------------------x
JOINT OFFICIAL LIQUIDATORS OF                          :   Adv. Proceeding No. 24-04014 (MG)
SILICON VALLEY BANK (IN OFFICIAL                       :
CAYMAN ISLANDS LIQUIDATION),                           :
                                                       :
                Plaintiff,                             :
                                                       :
        vs.                                            :
                                                       :
SVB FINANCIAL GROUP,                                   :
                                                       :
                Defendant.                             :
-------------------------------------------------------x
```

## STATEMENT CONCERNING JOINT OFFICIAL LIQUIDATORS' SUBMISSION OF EXPERT TESTIMONY IN CONNECTION WITH STANDING DISPUTE

In accordance with the *Third Stipulated Order Governing Case Schedule as to Standing Dispute* [ECF No. 1724], Andrew Childe, Niall Ledwidge and Michael Pearson, in their capacity as joint official liquidators of Silicon Valley Bank (in Official Liquidation) (the "**JOLs**") submit the following expert witness reports and deposition designations to be presented by the JOLs:

- *Affirmation of Dr. Riz Mokal in Support of the Provisional Relief Application of the JOLs*, dated February 12, 2024, *In re Silicon Valley Bank (Cayman Islands Branch) (in Official Liquidation)*, No. 24-10076-mg (Bankr. S.D.N.Y.), attached hereto as **Exhibit A**;

- *Affirmation of Dr. Riz Mokal in Relation to the Standing of and Certain Remedies Sought by the Joint Official Liquidators of Silicon Valley Bank*, dated January 24, 2025, attached hereto as **Exhibit B**;

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

- *Affirmation of Dr. Riz Mokal in Reply to the Declaration of Sebastion William St. John Said*, dated February 14, 2025, attached hereto as **Exhibit C**;

- Transcript of the March 5, 2025 Deposition of Dr. Riz Mokal, attached hereto as **Exhibit D**;

- Transcript of the March 3, 2025 Deposition of Sebastian William St. John Said, attached hereto as **Exhibit E**; and

- JOLs' Expert Deposition Designations, attached hereto as **Exhibit F**.

Dated: New York, New York
March 19, 2025

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: /s/ Richard A. Bixter, Jr.
Richard A. Bixter, Jr., Esq. (*pro hac vice*)
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza Suite 2700
Chicago, Illinois 60606
Telephone: 312-263-3600
Email: richard.bixter@hklaw.com

Warren E. Gluck, Esq.
HOLLAND & KNIGHT LLP
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone: (212) 513-3200
Email: warren.gluck@hklaw.com

*Counsel for the Joint Official Liquidators of Silicon Valley Bank (in Official Liquidation)*

## **CERTIFICATE OF SERVICE**

I, Richard A. Bixter, Jr., an attorney, certify that on March 19, 2025, I caused the foregoing to be served on all parties registered to accept electronic service through the CM/ECF system by filing the same through the CM/ECF system.

/s/ Richard A. Bixter, Jr.