Robert A. Sacks
James L. Bromley
Adam S. Paris
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel to SVB Financial Trust, as successor to the Debtor*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| SVB FINANCIAL GROUP,<br>        Reorganized Debtor.[1] | Case No. 23-10367 (MG) |
| JOINT OFFICIAL LIQUIDATORS OF SILICON VALLEY BANK (IN OFFICIAL CAYMAN ISLANDS LIQUIDIATION),<br>        Plaintiff,<br>v.<br>SVB FINANCIAL GROUP,<br>        Defendant. | Adv. Case No. 24-4014 (MG) |

**DECLARATION OF JAMES L. BROMLEY REGARDING THE FILING OF
THE LIQUIDATING TRUST'S EXPERT WITNESS TESTIMONY**

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

I, James L. Bromley, under penalty of perjury, declare as follows:

1. I am a partner in the law firm of Sullivan & Cromwell LLP ("S&C"), located at 125 Broad Street, New York, New York 10004. I am a member in good standing of the Bar of the State of New York and admitted to practice in the Southern District of New York. There are no disciplinary proceedings pending against me.

2. I am counsel for SVB Financial Trust (the "Liquidating Trust"), successor to SVB Financial Group (the "Debtor"), in the above-captioned proceedings. Pursuant to the Third Stipulated Order Governing Case Schedule,[2] I submit this declaration (this "Declaration") setting forth the expert testimony the Liquidating Trust may present in connection with the pending dispute regarding the standing of the Joint Official Liquidators of Silicon Valley Bank (in Official Cayman Islands Liquidation) (the "JOLs") to assert claims against the Liquidating Trust or the Debtor (the "Standing Dispute").

3. All facts set forth in this Declaration are based upon personal knowledge or my review of relevant documents, including the documents attached hereto. All capitalized terms not otherwise defined herein have the same meaning ascribed to them in the Liquidating Trust's forthcoming Trial Brief.

4. Attached hereto as **Exhibit A** is a true and correct copy of *Declaration of Sebastian William St. John Said*, dated January 24, 2025, submitted by the Liquidating Trust in connection with the Standing Dispute.

---

[2] As entered by the Court at Dkt. 19 in the adversary proceeding, Case No. 1:24-ap-4014 (S.D.N.Y. Bankr.), and Dkt. 1724 in Debtor's Chapter 11 proceedings, Case No. 1:23-bk-10367 (S.D.N.Y. Bankr.).

5. Attached hereto as **Exhibit B** is a true and correct copy of the *Rebuttal Declaration of Sebastian William St. John Said*, dated February 14, 2025, submitted by the Liquidating Trust in connection with the Standing Dispute.

6. Attached hereto as **Exhibit C** is a true and correct copy of Sebastian William St. John Said's Curriculum Vitae.

7. Attached hereto as **Exhibit D** is a true and correct copy of the transcript of the March 3, 2025 deposition of Mr. Sebastian William St. John Said in connection with the Standing Dispute.

8. Attached hereto as **Exhibit E** is a true and correct copy of the transcript of the March 5, 2025 deposition of Dr. Riz Mokal in connection with the Standing Dispute.

9. Attached hereto as **Exhibit F** is a true and correct copy of the Liquidating Trust's deposition designations, which were shared with the JOLs on March 12, 2025.

10. Attached hereto as **Exhibit G** is a true and correct copy of the Liquidating Trust's objections and counter-designations to the JOLs' deposition designations, which were shared with the JOLs on March 15, 2025.

11. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2025　　　　　　　　　　　　　　　　/s/ *James L. Bromley*
　　　　New York, New York　　　　　　　　　　　　　　James L. Bromley