James L. Bromley
Marc De Leeuw
Christian P. Jensen
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for SVB Financial Group
and SVB Financial Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>SVB FINANCIAL GROUP,[1]<br>        Reorganized Debtor. | Chapter 11<br>Case No. 23-10367 (MG) |
| JOINT OFFICIAL LIQUIDATORS OF SILICON VALLEY BANK (IN OFFICIAL CAYMAN ISLANDS LIQUIDATION),<br>        Plaintiff,<br>v.<br>SVB FINANCIAL GROUP and SVB FINANCIAL TRUST,<br>        Defendants. | Adv. Case No. 24-04014 (MG) |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the Honorable Martin Glenn, Chief Judge of the United States Bankruptcy Court for the Southern District of New York, has scheduled a status conference in connection with the Debtor's objection to the standing of Joint Official Liquidators of Silicon Valley Bank (Cayman Islands Branch) (in Official Liquidation) to assert claims

---

[1] The last four digits of SVB Financial Group's tax identification number are 2278.

4932-9152-5977 v.2

against the Debtor in the above-captioned case and adversary proceeding for **Thursday, July 31, 2025, at 11:00 a.m. (Prevailing Eastern Time)** (the "Status Conference").

PLEASE TAKE FURTHER NOTICE that the Status Conference will take place solely remotely via Zoom for Government. To participate remotely, in accordance with General Order M-543 dated March 20, 2020, parties wishing to appear at or listen to the Status Conference, whether (a) an attorney or non-attorney or (b) making a "live" or "listen only" appearance before the Court, **all need to register an electronic appearance (an "eCourtAppearance")** through the Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. When making an eCourtAppearance, parties must specify whether they are making a "live" or "listen only" appearance. Electronic appearances (eCourtAppearances) need to be made by **4:00 p.m. (Prevailing Eastern Time) on the business day before the Status Conference, Wednesday, July 30, 2025**.

PLEASE TAKE FURTHER NOTICE that due to the large number of expected participants in the Status Conference and the Court's security requirements for participating in a Zoom for Government audio and video hearing, all persons seeking to attend the Status Conference **must connect to the hearing beginning one hour before the hearing time on the hearing date.** When parties sign in to Zoom for Government and add their names, they must type in the first and last name that will be used to identify them at the Status Conference. Parties that type in only their first name, a nickname, or initials will not be admitted into the Status Conference. When seeking to connect for either audio or video participation in the Status Conference via Zoom for Government, you will first enter a "Waiting Room" in the order in which you seek to connect. Court personnel will admit each person to the Status Conference from the Waiting Room after confirming the person's name (and telephone number, if a

4932-9152-5977 v.2

telephone is used to connect) with their eCourtAppearance.  Because of the large number of expected participants, you may experience a delay in the Waiting Room before you are admitted to the Status Conference.  Further instructions on participating in the Status Conference via Zoom for Government are available on the Court's website at https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in this adversary proceeding may be obtained from the Bankruptcy Court's website, https://ecf.nysb.uscourts.gov, for a nominal fee, or obtained free of charge by accessing the website of the Reorganized Debtor's claims and noticing agent, https://restructuring.ra.kroll.com/svbfg/.

Dated: July 30, 2025
      New York, New York

*/s/ James L. Bromley*
James L. Bromley
Marc De Leeuw
Christian P. Jensen
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
E-mail: bromleyj@sullcrom.com
       deleeuwm@sullcrom.com
       jensenc@sullcrom.com

*Counsel for SVB Financial Group
and SVB Financial Trust*

4932-9152-5977 v.2